# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

Marilyn Kelly,
Chief Justice

139606

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PIERRE DOMINIQUE CRAWFORD,
      Defendant-Appellant.

SC: 139606
COA: 292878
Kent CC: 08-006311-FC

_____/

      On order of the Court, the application for leave to appeal the August 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009

Clerk

s1217